**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| YOEL WEISSHAUS, *Plaintiff-Appellant,* - against - STEVE COY TEICHELMAN, and 100TH JUDICIAL DISTRICT, *Defendant-Appellees.* | **Case: 22-11099** |

## MOTION TO ENLARGE TIME TO FILE BRIEF

Yoel Weisshaus states the following under the laws prohibiting perjury:

1. I am the appellant and respectfully ask the Court to enlarge to February 21, 2023 the time to perfect this appeal.

2. On November 30, 2023, the Court entered a briefing schedule January 9, 2023, as the due date for Appellant's brief.

3. I am scheduled to be overseas from January 8 through January 22, 2023. This would make it impossible to perfect the appeal or monitor the Court deadlines, because I plan on being in areas without an internet connection, such as traveling into Ukraine.

4. For this reason, I request enlarging the time to perfect this appeal with 40-days, from January 9 to February 21, 2023 accommodating the weekend and Presidents' Day.

5. Appellees informed Appellant that they would not oppose this motion

6. WHEREFORE Appellant requests an order setting February 21, 2023 as the time to perfect this appeal.

    Dated: Forty Fort, PA
          December 28, 2022

                                        Respectfully submitted,

                                        Yoel Weisshaus