# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 29, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-11099   Weisshaus v. Teichelman
                USDC No. 2:22-CV-35

The court has granted an extension of time to and including February 23, 2023 for filing appellant's/petitioner's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Slater Chalfant Elza
Ms. Stephanie Jean James
Mr. Bradley Timms
Mr. Yoel Weisshaus