# United States Court of Appeals
# for the Fifth Circuit

___

No. 22-11099

___

United States Court of Appeals
Fifth Circuit
**FILED**
February 14, 2024
Lyle W. Cayce
Clerk

YOEL WEISSHAUS,

*Plaintiff—Appellant,*

versus

STEVE COY TEICHELMAN; 100TH JUDICIAL DISTRICT,

*Defendants—Appellees.*

___

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CV-35

___

Before SMITH, GRAVES, and WILSON, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* Fed. R. App. P. 41(b). The court may shorten or extend the time by order. *See* 5th Cir. R. 41 I.O.P.